# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0061.   IN THE INTEREST OF: M. G. AND C. G., CHILDREN (MOTHER).**

We originally dismissed this discretionary application as untimely. On motion for reconsideration, the applicant has provided a receipt from the U. S. Postal Service, showing that her application was mailed on the last day of the filing period. Therefore, the application was timely filed pursuant to our Rule 4 (c). Accordingly, we hereby GRANT the motion for reconsideration. Our October 15, 2014 order dismissing the application is hereby VACATED, and the application is REINSTATED. Upon full consideration of the merits of the application for discretionary review, however, we hereby DENY the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/14/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*